Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES STERN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; a national banking association; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION; a foreign corporation;<br><br>Defendants. | Case No.: 2:20-cv-02135-GMN-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT PATENAUDE & FELIX'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[First Request]** |

Plaintiff, James Stern ("Plaintiff"), and Defendant, Patenaude & Felix, A Professional Corporation, ("P&F") have agreed to extend the time for Plaintiff to file a Response to P&F's Motion to Dismiss Plaintiff's Complaint [ECF No. 5] ("Motion to Dismiss") to **February 5, 2021.** P&F filed its Motion to Dismiss on January 6, 2021 and the current response deadline is January 20, 2021.

The parties request this brief extension to permit Plaintiff to further investigate and research the basis for P&F's Motion and provide a substantive response. The extension will also allow the parties to discuss possible resolution of this matter without expending unnecessary attorneys' fees and costs.

///

///

///

Page 1 of 2

This is the first request for an extension to respond to P&F's Motion to Dismiss and this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: January 18, 2021 | Dated: January 18, 2021 |
| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **LAW OFFICES OF PATENAUDE &**<br>**FELIX, A.P.C** |
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br>kevin@kevinhernandezlaw.com<br>***Attorney for Plaintiff*** | */s/ Rachel Saturn*<br>Rachel Saturn, Esq.<br>Nevada Bar No. 8653<br>7271 W. Charleston, Suite 100<br>Las Vegas, Nevada 89117<br>rachel.saturn@pandf.us<br>***Attorney for Defendant Law Offices of***<br>***Patenaude & Felix A.P.C.*** |

**IT IS SO ORDERED.**

Dated this __19__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT