KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES STERN,<br><br>               Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK, a national banking association; PATENAUDE & FELIS, A PROFESSIONAL CORPORATION, a foreign corporation,<br><br>               Defendants. | Case No. 2:20-cv-02135<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff James Stern and defendant American Express National Bank ("AENB") stipulate that the deadline for AENB to respond to the complaint (ECF No. 1) be extended from January 29, 2021, until March 1, 2021. This is the first extension sought in connection with this deadline and is requested to permit the

recently hired counsel for AENB sufficient time to investigate the allegations in the complaint and prepare AENB's response to the complaint.

| THE LAW OFFICES OF<br>KEVIN L. HERNANDEZ | KAEMPFER CROWELL |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br><br>Attorney for Plaintiff James Stern | Robert McCoy, No. 9121<br>Sihomara Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>Attorney for Defendant American Express National Bank |

**ORDER**

**IT IS SO ORDERED.**

Dated this __22__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT