UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES STERN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS NATIONAL BANK; a national banking association; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION; a foreign corporation,<br><br>Defendants. | Case No. 2:20-cv-02135-GMN-NJK<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

      Plaintiff James Stern and defendant American Express National Bank ("American Express") stipulate that the deadline for American Express to respond to the Complaint (ECF No. 1), by answer, motion or otherwise, be extended from March 1, 2021 to and including March 15, 2021.

      This is the second extension sought in connection with this deadline. The parties are exploring the possibility of settlement.  This request is made to permit American Express to further investigate the allegations in the Complaint

and afford the parties additional time to try and reach an early resolution of this matter.

| THE LAW OFFICES OF<br>KEVIN L. HERNANDEZ | KAEMPFER CROWELL |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, No. 12594<br>8872 S. Eastern Avenue, Suite 270<br>Las Vegas, Nevada 89123<br><br>Attorney for Plaintiff James Stern | */s/ Sihomara Graves*<br>Robert McCoy, No. 9121<br>Sihomara Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>Attorney for Defendant American Express National Bank |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2021